DANIEL J. ALBREGTS, ESQ.
Nevada Bar No. 004435
DANIEL J. ALBREGTS, LTD.
601 S. Tenth Street, Suite 202
Las Vegas, Nevada  89101
(702) 474-4004
(702) 474-0739 (Facsimile)
E-mail: albregts@hotmail.com
*Attorney for Defendant Hancock*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                    Plaintiff,                           )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>ADELE HANCOCK,                              )<br>                                                                )<br>                    Defendant.                        )<br>_____ ) | 2:12-cr-0068-MMD-PAL<br><br>**UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

    The defendant, Adele Hancock, by and through her attorney Daniel J. Albregts, Esq., hereby files this Motion for the Preparation of a Pre-Plea Presentence Report.  The government concurs with this motion.  This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

    DATED this 27th day of February, 2013.

                                          DANIEL J. ALBREGTS, LTD.

                                          By: /s/ Daniel J. Albregts_____
                                              Daniel J. Albregts, Esq.
                                              Nevada Bar No. 004435
                                              601 S. Tenth Street, Suite 202
                                              Las Vegas, Nevada 89101
                                              (702) 474-4004
                                              Attorney for Defendant

MEMORANDUM OF POINTS AND AUTHORITIES

On February 29, 2012 Adele Hancock was charged in a three count Criminal Indictment with Structuring Transactions to Evade Reporting Requirements, in violation of Title 31 U.S.C. §§5324(a)(3) and (d)(1), and 31 C.F.R. §103.11, False Statement to a Government Agency in violation of Title 18, U.S.C. §1001 and Aiding and Abetting in violation of Title 18 U.S.C. §2. The matter is currently scheduled for trial on May 7, 2013. The parties hereby jointly petition the Court for an order directing United States Probation to complete a Pre-Plea Presentence Investigation Report. The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. However, the plea offer may have ancillary consequences if Ms. Hancock accepts it and prior to making a knowing and intelligent decision regarding the plea offer a Pre-Plea Presenence Investigation Report is necessary. The ancillary consequences are as follows.

Hancock is the sole care provider for her severely disabled grandchild. She is also the guardian of an 18 year old grandchild. The grandchildren are in Ms. Hancock's custody as a result of a court order from Clark County Child Protective Services. Additionally, Hancock receives benefits from the county and federal government as a result of the grandchild's disability and Hancock's care of him. Hancock needs to determine what effect, if any, the plea agreement in this case will have upon her eligibility to be the primary caregiver for the children through Clark County Child Protective Services and whether or not a felony conviction will effect Hancock's ability to continue to receive benefits which are absolutely necessary for the costs associated with caring for the children. Finally, a Pre-Plea Presentence Investigation Report will allow Hancock to determine whether she is eligible for probation thus allowing her to continue to care for the children if she accepts the plea negotiation in this case.

Hancock's decision regarding how to proceed is drastically impacted by the potential sentencing exposure she is facing and the effect a conviction would have on her ability to continue to be the sole caregiver for her disabled grandchild, and to receive the federal and state benefits necessary to pay for his care. AUSA Cristina Silva concurs that these are critical issues that can be addressed by a Pre-Plea Presentence Investigation Report. The parties thereby jointly request that this Court issue an order directing the Department of Probation to conduct a Pre-Plea Presentence

Investigation Report in advance of trial so the parties can determine whether a plea negotiation can be reached prior to trial.

DATED this 27th day of February, 2013.

DANIEL J. ALBREGTS, LTD.

By: /s/ Daniel J. Albregts
Daniel J. Albregts, Esq.
Nevada Bar No. 004435
601 S. Tenth Street, Suite 202
Las Vegas, Nevada 89101
(702) 474-4004
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-0068-MMD-PAL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ADELE HANCOCK, | ) | |
| Defendant. | ) | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that United States Probation prepare a Pre-Plea Presentence Investigation Report for ADELE HANCOCK.

DATED this 1st day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned, an employee of DANIEL J. ALBREGTS, LTD., hereby certifies that on the 27th day of February, 2013, she served a copy of the above and foregoing **UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE INVESTIGATION REPORT,** via electronic filing and/or facsimile as indicated below:

Cristina Silva
Assistant United States Attorney
cristina.silva@usdoj.gov


　Kimberly LaPointe
An Employee of Daniel J. Albregts, Esq.

- 5 -